# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Paul Izor

Plaintiff(s),

v.

Abacus Data Systems Inc.

Defendant(s).

Case No: 19cv01057 HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Avi R. Kaufman, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Paul Izor in the above-entitled action. My local co-counsel in this case is David S. Ratner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 400 NW 26th Street<br>Miami, FL 33127 | 33 Julianne Court<br>Walnut Creek, CA 94595 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (305) 469-5881 | (917) 900-2868 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Kaufman@kaufmanpa.com | David@davidratnerlawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84382.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/04/19

Avi R. Kaufman
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Avi R. Kaufman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/9/2019

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Avi Robert Kaufman**, Florida Bar # **84382**, was duly admitted to practice in this Court on **May 18, 2011**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on March 30, 2019.

**Angela E. Noble**
*Court Administrator ● Clerk of Court*