UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL IZOR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**ABACUS DATA SYSTEMS INC.,** a California corporation,<br><br>*Defendant.* | Case No. 4:19-cv-01057-HSG<br><br>**ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |

The Court, having considered Plaintiff Paul Izor's Motion seeking permission for his counsel, Avi R. Kaufman, to appear telephonically at the Case Management Conference set for August 8, 2019 at 2:00 p.m. and being duly advised in the premises, it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. Mr. Kaufman shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED this 6th day of August, 2019.

By: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE