1    Joshua Briones (SBN: 205293)
jbriones@mintz.com
2    Esteban Morales (SBN: 273948)
emorales@mintz.com
3    Matthew Novian (SBN: 324144)
mjnovian@mintz.com
4    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Century Plaza Towers 2029 Century Park East Suite 3100
5    Los Angeles, CA 90067
Telephone: 310 586 3200
6    Facsimile: 310 586 3202

7    Attorneys for Defendant,
Abacus Data Systems, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PAUL IZOR, individually and on behalf of all others similarly situated, Plaintiff,<br><br>vs.<br><br>ABACUS DATA SYSTEMS INC., a California corporation.<br><br>                              Defendant. | Case No. 4:19-cv-01057-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO CONSOLIDATE FACT AND EXPERT DISCOVERY DEADLINES; ORDER**<br><br>Complaint Filed: February 26, 2019 |

1       WHEREAS, on August 14, 2019, the Court issued its Scheduling Order (Dkt. #44), in which it set January 17, 2020 as the Close of Fact Discovery and March 20, 2020 as the Close of Expert Discovery;

      WHEREAS, the parties have been and are continuing to diligently conduct discovery;

      WHEREAS, the parties have scheduled mediation with Bruce Friedman of JAMS on February 19, 2020 in Los Angeles;

      WHEREAS, to focus on mediation related discovery, the parties stipulate to consolidating the Close of Fact Discovery with the Close of Expert Discovery on March 20, 2020;

      WHEREAS, in the event the case does not settle at mediation, consolidating the close of fact and expert discovery would allow the parties to complete any remaining fact discovery;

      WHEREAS, the Parties have not previously sought any modification of the Court's Scheduling Order and the proposed modification would not affect other deadlines in the case schedule.

      IT IS HEREBY STIPULATED AND AGREED THAT:

The Close of Fact Discovery and the Close of Expert Discovery are consolidated to March 20, 2020, subject to the approval of the Court.

Respectfully submitted,

| Dated: December 24, 2019 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br><br>By: */s/ Esteban Morales*<br>      Esteban Morales<br>  *Attorney for Defendant Abacus Data Systems, Inc.* |
|---|---|
| Dated: December 24, 2019 | Kaufman P.A.<br><br>By: */s/ Avi R. Kaufman*<br>      Avi R. Kaufman<br>*Attorney for Plaintiff Paul Izor* |

- 1 -

**STIPULATION TO CONSOLIDATE FACT AND EXPERT DISCOVERY DEADLINES**
**CASE NO. 4:19-CV-01057-HSG**

||                                                                                       |
|---|---------------------------------------------------------------------------------------|
| 1 | **ORDER**                                                                             |
| 2 | **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**                                    |
| 3 | The deadline to complete fact and expert discovery is consolidated to March 20, 2020. |
| 4 |                                                                                       |
| 5 | ENTERED: 12/26/2019                                                                   |
| 6 |                                                                                       |
| 7 | *Haywood S. Gilliam Jr.*                                                              |
| 8 | Honorable Haywood S. Gilliam, Jr.<br>U.S. District Court Judge                        |