Rachel E. Kaufman (CA Bar No. 259353)
rachel@kaufmanpa.com
Avi R. Kaufman (*Pro hac vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff Izor and all others similarly situated*
(Additional counsel appearing on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL IZOR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**ABACUS DATA SYSTEMS INC.,** a California corporation,<br><br>*Defendant.* | Case No. 4:19-cv-01057-HSG<br><br>**PLAINTIFF'S NOTICE OF FILING AMENDMENT 1 TO CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's Order on July 23, 2020 (Dkt. 71), Plaintiff Paul Izor, on behalf of himself and a class of similarly situated persons, with the consent of Defendant Abacus Data Systems Inc., provides notice of filing, as Exhibit 1 hereto, the Parties' amendment to the Settlement Agreement, amending the definition of "Released Claims" and detailing the policies and procedures that constitute injunctive relief for the class members.

Respectfully submitted,

Dated: August 6, 2020

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman
Avi R. Kaufman

1
Plaintiff's Notice of Filing Amendment 1 to Class Action Settlement
Case No. 4:19-cv-01057-HSG

KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

Stefan Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 South Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Fax: (888) 498-8946
Email: law@stefancoleman.com

David S. Ratner, Esq. (SBN 316267)
DAVID RATNER LAW FIRM, LLP
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (415) 817-1200
Fax: (925) 891-3818
Email: david@davidratnerlawfirm.com

*Counsel for Plaintiff Izor and all others similarly situated*