UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL IZOR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**ABACUS DATA SYSTEMS INC.,** a California corporation,<br><br>*Defendant.* | Case No. 4:19-cv-01057-HSG<br><br>[~~PROPOSED~~] **ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

This cause came before the Court on the parties' stipulated firm dates concerning approval of the Settlement Agreement, pursuant to the Court's Order on August 24, 2020 granting preliminary approval to the Settlement Agreement (Dkt. 73). The parties' stipulation is granted and the Court adopts the following dates for each event listed below:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | September 18, 2020 |
| Filing deadline for attorneys' fees and costs motion | October 13, 2020 |

| Filing deadline for incentive payment motion | October 13, 2020 |
|---|---|
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | November 17, 2020 |
| Filing deadline for final approval motion | December 1, 2020 |
| Final fairness hearing and hearing on motions | December 17, 2020 at 2 p.m. |

SO ORDERED on August __27__, 2020.

_____
Haywood S. Gilliam, Jr.
HONORABLE DISTRICT COURT JUDGE